NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SIONYX LLC,**
*Appellant*

**v.**

**HAMAMATSU CORPORATION,**
*Appellee*

_____

2018-2019

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01910.

_____

**JUDGMENT**

_____

WILLIAM D. BELANGER, Pepper Hamilton LLP, Boston, MA, argued for appellant. Also represented by GWENDOLYN TAWRESEY.

JOHN DAVID SIMMONS, Panitch Schwarze Belisario & Nadel LLP, Philadelphia, PA, argued for appellee. Also represented by KEITH AARON JONES, STEPHEN EMERSON MURRAY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 3, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |